UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - GRAND RAPIDS

--------------------------------------------------------
DIRECTV, Inc., a California corporation,

        Plaintiff,    STIPULATION OF DISMISSAL

  v.    Civil Action No. 1:09-CV-827

JEFFREY OADE, Individually, and d/b/a OADE'S BAR & GRILL, a/k/a OADE'S BAR AND GRILL, and OADE'S BAR & GRILL, a/k/a OADE'S BAR AND GRILL,

        Defendants.
--------------------------------------------------------

    It is hereby stipulated and agreed to by and between the parties herein that the above entitled action is hereby dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: November 9, 2009

| | |
|---|---|
| /s/ Wayne D. Lonstein | /s/  Andrew P. Abood |
| Wayne D. Lonstein, Esq. | Andrew P. Abood, Esq. |
| Lonstein Law Office, P.C. | The Abood Law Firm |
| 1 Terrace Hill; P.O. Box 351 | 246 East Saginaw Street, Suite One |
| Ellenville, NY 12428 | Lansing, MI 48823 |
| Telephone:  845-647-8500 | Telephone:  (517)332-5900 |
| Facsimile:   845-647-6277 | Facsimile:  (517)332-0700 |

                SO ORDERED this 12th day of November, 2009

                 /s/ Paul L. Maloney
                HON. PAUL L. MALONEY
                United States District Judge